# UNITED STATES DISTRICT COURT
## FOR THE
### EASTERN DISTRICT OF NORTH CAROLINA

**UNITED STATES OF AMERICA**

**v.**                                    **Crim. No. 5:14-MJ-2448-1**

**JUAN SANTIAGO**

On August 05, 2015, the above named was placed on probation for a period of 12 months. The offender has complied with the rules and regulations of probation and is no longer in need of supervision. It is accordingly recommended that the offender be discharged from supervision.

Reviewed and approved,                    I declare under penalty of perjury that the foregoing
                                          is true and correct.


/s/Michael C. Brittain                    /s/Linwood E. King
Michael C. Brittain                       Linwood E. King
Senior U.S. Probation Officer             U.S. Probation Officer
                                          310 New Bern Avenue, Room 610
                                          Raleigh, NC 27601-1441
                                          Phone: 919-861-8682
                                          Executed On: July 01, 2016


### ORDER OF COURT

Pursuant to the above report, it is ordered that the offender be discharged from supervision and that the proceedings in the case be terminated.


Dated:  July 12, 2016

_____
Robert T. Numbers, II
United States Magistrate Judge